08-CV-01831-AF

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY GLENN THOMPSON, JR., | Case No. 08-cv-01831-JLR |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| STEVE SINCLAIR, | |
| Respondent. | |



The Court, after careful consideration of Petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, the Petitioner's Objections to the Report and Recommendation (Oct 24) governing authorities, and the balance of the record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation.

(2)  The habeas petition is DENIED and this case is DISMISSED with prejudice. Petitioner's motion for an evidentiary hearing, Dkt. No. 5, and his motion for appointment of counsel for an evidentiary hearing, Dkt. No. 10, are DENIED as moot.

(3)  The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to Judge Donohue.

DATED this 4th day of September, 2009.

JAMES L. ROBART
United States District Judge

ORDER
PAGE - 1