UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY GLENN THOMPSON, JR., | CASE NO. C08-1831JLR |
| Petitioner, | ORDER |
| v. | |
| STEVE SINCLAIR, | |
| Respondent. | |

This matter comes before the court on Petitioner Jerry Glenn Thompson, Jr.'s motion for a certificate of appealability under 28 U.S.C. § 2253(c) (Dkt. # 27). Mr. Thompson seeks to appeal the court's September 4, 2009 order denying his 28 U.S.C. § 2254 habeas corpus petition (Dkt. # 25). Having reviewed the motion and for the reasons stated below, the court DENIES the motion.

Among the substantial changes to federal habeas corpus procedure in the Antiterrorism and Effective Death Penalty Act of 1996 is the rule that a habeas petitioner can appeal the denial of a 28 U.S.C. § 2254 petition only after obtaining a

ORDER - 1

"certificate of appealability." 28 U.S.C. § 2253(c). Although the statute is ambiguous, the Ninth Circuit has held that a United States District Court may issue a certificate of appealability. *United States v. Asrar*, 116 F.3d 1268, 1269 (9th Cir. 1997). A court may issue a certificate of appealability only if the "applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The Supreme Court has elaborated that a petitioner must show that "reasonable jurists could debate whether . . . the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quotations omitted).

Here, Mr. Thompson has not made a substantial showing of the denial of a constitutional right. Therefore, the motion is DENIED.

Dated this 8th day of October, 2009.

_____
JAMES L. ROBART
United States District Judge